KAREN P. HEWITT
United States Attorney
SHERRI WALKER HOBSON
Assistant U.S. Attorney
California State Bar No. 199232
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5027
Facsimile: (619) 557-3445
sherri.hobson@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHAUN MICHAEL FITCH, ET,<br>Defendant. | Criminal Case No. 08CR1834BTM<br><br>JOINT MOTION TO CONTINUE SENTENCING HEARING |

THE PARTIES, the Plaintiff, UNITED STATES OF AMERICA, through its attorneys, Karen P. Hewitt, U.S. Attorney, and Sherri Walker Hobson, Assistant U.S. Attorney, and defendants Shaun Fitch, Adam Fitch, Michael Fitch, and Danielle Lynch, through their respective attorneys, stipulate to continue the motion hearing date from July 25, 2008, at 9:00 a.m., to September 4, 2008, at 1:30 p.m. Motions

//

//

//

have been filed by each defendant. Defendants are out of custody, so they will file separately an acknowledgment of the next date.

7/24/08
DATED

s/James Warner
JAMES WARNER
Attorney for Defendant
SHAUN MICHAEL FITCH

7/24/08
DATED

s/John Kirby
JOHN KIRBY
Attorney for Defendant
ADAM FITCH

7/24/08
DATED

S/PHIL DEMASSA
PHIL DEMASSA
Attorney for Defendant
MICHAEL FITCH

7/24/08
DATED

s/ Marc Geller
MARC GELLER
Attorney for Defendant
DANIELLE LYNCH

7/24/08
DATED

S/Sherri Hobson
SHERRI WALKER HOBSON
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 05CR0808BEN

Plaintiff,

v.

SHAUN FITCH, ET AL

Defendant.

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that:

I, Sherri Walker Hobson, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am a party to the above-entitled action. I have caused service of JOINT MOTION FOR CONTINUANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

James Warner, John Kirby, Marc Geller, and Phil DeMassa

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2008.

s/ sherri hobson
SHERRI WALKER HOBSON