UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHAUN MICHAEL FITCH, et al.,<br>Defendants. | Criminal Case No. 08cr1834-BTM<br><br>ORDER CONTINUING DATE FOR MOTION HEARING |

Good cause appearing, IT IS HEREBY ORDERED that the motions hearing be continued from July 25,2008, at 9:00 a.m., to September 4, 2008 at 1:30 p.m.

IT IS SO ORDERED.

DATED: July 24, 2008

Honorable Barry Ted Moskowitz
United States District Judge