# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
SHAUN MICHAEL )
FITCH (1) )

CASE NUMBER 08CR1834-BTM

ABSTRACT OF ORDER

Booking No. 08465298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of September 5, 2008

the Court entered the following order:

_______ Defendant be released from custody.

_______ Defendant placed on supervised / unsupervised probation / supervised release.

_______ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_______ Defendant released on $_______ bond posted.

_______ Defendant appeared in Court. FINGERPRINT & RELEASE.

✓ Defendant remanded and ( _______ bond) ( _______ ~~bond on appeal) exonerated.~~

_______ Defendant sentenced to TIME SERVED, supervised release for _______ years.

_______ c.c. judgment Court of Appeals ( _______ affirming) ( _______ reversing) decision of this Court:

_______ dismissing appeal filed.

_______ Bench Warrant Recalled.

_______ Defendant forfeited collateral.

_______ Case Dismissed.

_______ Defendant to be released to Pretrial Services for electronic monitoring.

_______ Other. _______

BARRY TED MOSKOWITZ

UNITED STATES MAGISTRATE JUDGE

OR

Received [signature] DUSM 9/5/08

W. SAMUEL HAMRICK, JR. Clerk
by [signature] Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY