FILED

2010 JUL 16 PM 3:37

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHAUN MICHAEL FITCH,<br><br>    Defendant. | CASE NO. 08cr1834-BTM<br><br>**ORDER DENYING REQUEST FOR SENTENCE REDUCTION** |

The Court has received a letter with attachments dated June 16, 2010 from Shaun Michael Fitch, which shall be filed. On February 27, 2009, Mr. Fitch was sentenced on Count 1 to 78 months imprisonment and 8 years of supervised release and on Count 2 to 78 months imprisonment concurrent with Count 1 and 3 years of supervised release concurrent with Count 1. Mr. Fitch points to all the progress that he has made while in custody. He asks the Court to reduce his sentence to 60 months. The Court, however, has no power to reduce a sentence already imposed based on the positive rehabilitative behavior of the defendant. Therefore, the Court cannot consider his request and it must be denied.

Notwithstanding the fact that the Court is powerless to reduce any jail sentence, if Mr. Fitch continues to make progress after his release, the Court can reduce the length of supervised release.

The letter of June 16, 2010 is treated as a motion for reduction of sentence and is DENIED.

**IT IS SO ORDERED.**

Dated: July 16, 2010

HONORABLE BARRY TED MOSKOWITZ
United States District Judge

08cr1834